IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ALEXIS ALLEN,
ADC #707592                                                                                              PLAINTIFF

v.                                            1:06CV00026GH/HLJ

PHILLIP CARGILL, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 14th day of August, 2006.

_____
United States District Judge